■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE AIKEN, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant of burglary in the second degree and petit larceny. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOL GOLD, Appellant.— Appeal (1) from a judgment of the County Court, Westchester County, convicting appellant of forgery in the second degree on four indictments which had been consolidated for trial and sentencing him, as a second felony offender, to serve not less than 10 nor more than 20 years on each indictment, the terms to run concurrently, and (2) from said sentence. Judgment modified on the facts by reducing the sentence to not less than 5 nor more than 10 years on each indictment, the terms to run concurrently. As so modified, judgment unanimously affirmed. Under the circumstances the sentence imposed was, in our opinion, excessive. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KUPPRAT, Appellant.— Appeal (1) from a judgment of a City Magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of a violation of section 2147 of the Penal Law and sentencing him to pay a fine of $5 or to serve one day, (2) from said sentence, and (3) from the decision. The fine was paid. Appellant was charged with selling monuments on a Sunday at his place of business near a cemetery, for future delivery and installation. Judgment reversed on the law and the facts, complaint dismissed, and fine remitted. In fact and by common understanding, custom and usage, appellant's sales of memorials for deceased persons were not serious interruptions of the repose and religious liberty of the community (Penal Law, § 2140; *People* v. *Deen,* 3 A D 2d 836, affd. 4 N Y 2d 708; *McCormick* v. *Hazard,* 77 Misc. 190, 192; *People* v. *Law,* 142 N. Y. S. 2d 440). No separate appeal lies from the sentence which has been reviewed on the appeal from the judgment of conviction. Appeal from decision dismissed. No appeal lies from a decision. Beldock, Murphy, Ughetta and Hallinan, JJ., concur; Wenzel, Acting P. J., dissents and votes to affirm. [11 Misc 2d 731.]

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEAN M. DENIS, Appellant, against MARVIN G. CONNALLY, Respondent.— Appeal from an order dismissing a writ of habeas corpus and continuing custody of a child in respondent, his father, subject to all rights of visitation heretofore accorded to appellant, his mother. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ MILTON SCHINDLE, Appellant, v. OAK PARK HOMES, INC., Respondent, et al., Defendants.— In an action to recover damages for personal injuries sustained as the result of the alleged violation of section 240 of the Labor Law and certain provisions of the Industrial Code and of the Administrative Code of the City of New York, the appeal, as limited by stipulation, is from so much of a judgment entered on a dismissal of the amended complaint at the close of the entire case as dismissed said complaint as against the respondent. Judgment insofar as appealed from unanimously affirmed, with costs (*Olsommer* v. *Walker & Sons,* 4 A D 2d 424, affd. 4 N Y 2d 793). Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.